# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Ugo Colella, et al

      Plaintiff(s),

VS.

Thomas T. Androus, et al

      Defendant(s).



*253773*

**Case Number: 1:20-cv-00813-RC**

Legal documents received by Same Day Process Service, Inc. on **03/27/2020** at **12:54 PM** to be served upon **2208 Russell Road, LLC at 2208 Russell Rd., Alexandria, VA 22301**

I, **Kion Lathan**, swear and affirm that on **March 30, 2020** at **12:59 PM**, I did the following:

Served **2208 Russell Road, LLC** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Complaint; Exhibits** to **Thomas T. Androus** as **Registered Agent** of **2208 Russell Road, LLC** at **2208 Russell Rd. , Alexandria, VA 22301**.

**Description of Person Accepting Service:**
Sex: Male Age: 47 Height: 5ft9in-6ft0in Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kion Lathan**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **253773**

District of Columbia: SS
Subscribed and Sworn to before me
this 30 day of March, 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

